IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGEI KOVALEV,

        Plaintiff,

v.

LIDL US, LLC,

        Defendant.

CIVIL ACTION
NO. 21-3300

## ORDER

**AND NOW**, this 21th day of September 2021, upon consideration of Plaintiff's Motion to Remand to State Court (Doc. No. 4), Plaintiff's Motion to Strike [the] Answer to [the] Complaint and All Affirmative Defenses (Doc. No. 5), Defendant's Responses in Opposition to both Motions (Doc. Nos. 8, 10), Plaintiff's Replies to both Responses (Doc. Nos. 9, 11), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand to State Court (Doc. No. 4) is **DENIED**.

2. Plaintiff's Motion to Strike [the] Answer to [the] Complaint and All Affirmative Defenses (Doc. No. 5) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.