IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV,<br><br>                Plaintiff,<br>v.<br><br>LIDL US, LLC, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 21-3300 |

## ORDER

**AND NOW**, this 31st day of October 2024, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 131), Plaintiff's Response in Opposition (Doc. No. 134), Defendants' Reply (Doc. No. 136), Plaintiff's Sur-Reply (Doc. No. 137), the parties' Supplemental Memoranda (Docs. No. 144, 145) and the arguments of pro se Plaintiff and counsel for Defendants at the hearing held on September 11, 2024, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 131) is **GRANTED.**

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.