IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV,<br><br>  Plaintiff,<br>v.<br><br>LIDL US, LLC, et al.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 21-3300 |

## **ORDER**

**AND NOW**, this 20th day of December 2024, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 148), Defendants' Response in Opposition to Plaintiff's Motion (Doc. No. 149), Plaintiff's Reply (Doc. No. 150), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion for Reconsideration (Doc. No. 148) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.